IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIUS L. COOPER,

                Plaintiff,

v.                                                        ORDER

JEFFREY MEYER, PATRICK GORMAN               16-cv-526-jdp
and CORY SABISH,

                Defendants.

---

Pro se plaintiff Demetrius L. Cooper is proceeding on Eighth Amendment claims of excessive force, failure to protect and deliberate indifference against defendants Jeffrey Meyer, Patrick Gorman and Cory Sabish.

Cooper moves for summary judgment, Dkt. 35, but his submissions do not comply with the court's pretrial conference order. Dkt. 20. Cooper should pay careful attention to the court's procedures to be followed on motions for summary judgment and in particular to the portions discussing (1) the rules governing proposed findings of fact; and (2) the requirement that exhibits on which a plaintiff intends to rely be authenticated and admissible. *Id.* at 13-19.

I will deny Cooper's motion for summary judgment without prejudice and give him an opportunity to file a new motion with proposed findings of fact supported by evidence. Cooper may have until July 31, 2017, which is the deadline for dispositive motions. In addition, any exhibits Cooper submits must be admissible. This means, at a minimum, they must be attached to an affidavit in which a person who has personal knowledge of the exhibits declares under penalty of perjury (or swears under oath) that the exhibits are true and correct copies of the documents they appear to be. I will direct the clerk of court to send Cooper another copy of the court's pretrial conference order, which details the requirements Cooper must follow.

ORDER

IT IS ORDERED that:

1. Plaintiff Demetrius L. Cooper's motion for summary judgment, Dkt. 35, is DENIED without prejudice.

2. The clerk of court is directed to send Cooper a copy of the court's pretrial conference order. Dkt. 20.

Entered May 9, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge