IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIUS COOPER,

                Plaintiff,

v.                                           ORDER

JEFFREY MEYER, PATRICK GORMAN, and     16-cv-526-jdp
CORY SABISH,

                Defendants.

---

I held a telephonic hearing on June 1, 2018, to address plaintiff Demetrius Cooper's requests for assistance recruiting counsel and other issues arising from the death of defendant Jeffrey Meyer. At the hearing, Cooper appeared pro se and defendants appeared by counsel, Brandon Flugaur.

The parties confirmed that they are willing to mediate this case and Cooper's other lawsuit, *Cooper v. McGowan*, No. 17-cv-383 (W.D. Wis. filed May 17, 2017). So I will grant Cooper's motions and attempt to recruit counsel to represent Cooper for the purpose of mediating this case and the '383 case. I will inquire whether counsel is willing to represent Cooper at trial in this case, as well. I expect the parties to schedule mediation promptly once counsel is recruited.

The parties indicated that they will be prepared for a July 30, 2018 trial if mediation is unsuccessful. So I will direct the clerk of court to schedule a July 30, 2018 trial date, with the understanding that if I find counsel willing to represent Cooper at trial, the trial date may be rescheduled to accommodate counsel's calendar.

Finally, Cooper indicated that he agrees to defendants' proposed stipulation concerning assignment of Meyer's liability. So I will deny Cooper's motion to obtain Meyer's personal representative's contact information as moot. Defendants' counsel indicated that he will file the signed stipulation with the court.

ORDER

IT IS ORDERED that:

1. Plaintiff Demetrius Cooper's motions for assistance in recruiting counsel, Dkt. 201 and Dkt. 203, are GRANTED. If I find counsel willing to represent plaintiff, I will advise the parties of that fact.

2. The clerk of court is directed to schedule trial for July 30, 2018.

3. Plaintiff's motion for an order directing defendants to provide him with the name and contact information for the personal representative of Jeffrey Meyer's estate, Dkt. 200, is DENIED as moot. Upon obtaining plaintiff's signature, defendants' counsel will file with the court the stipulation concerning assignment of Meyer's liability.

Entered June 1, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge